UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RICKEY L. JACKSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:11CV00180 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Rickey Jackson has filed a motion to correct clerical mistakes pursuant to Rule 36 of the Federal Rules of Criminal Procedure, which he directed the Clerk to open as a new case. Rule 36 cannot be the basis for an independent civil action. Rule 36 motions must be filed in the criminal case[1] containing the judgment to be corrected. As a result, the Court will dismiss this action because it does not present a "case or controversy." See Fed. R. Civ. P. 12(h)(3).

---

[1] The Court notes that Jackson has filed a large number of frivolous motions and petitions in his closed criminal case, United States v. Jackson, 1:98CR00039 ERW (E.D. Mo.).

Accordingly,

**IT IS HEREBY ORDERED** that Jackson is **granted** in forma pauperis status.[2]

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

An Order of Dismissal will accompany this Order.

So Ordered this 5th day of October, 2011.

*E. Richard Webber*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] A motion to proceed in forma pauperis status was filed as part of Jackson's pleading.